UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA

      - v. -    :    INDICTMENT

WILLIAM NKRUMAH,    :    S1 07 Cr. 137 (SAS)
    a/k/a "Rasheed",
    a/k/a "John Graham",
ADAM TAWIK,

         Defendants.

- - - - - - - - - - - - - - - - - -x

COUNT ONE

The Grand Jury charges:

From in or about November 2006, up to and including in and around January 2007, in the Southern District of New York and elsewhere, WILLIAM NKRUMAH, a/k/a "Rasheed", a/k/a "John Graham", and ADAM TAWIK, the defendants, unlawfully, willfully, and knowingly, and with intent to defraud, in an offense affecting interstate commerce, effected transactions with one and more access devices issued to another person and persons, to receive payment and other things of value during a one-year period, the aggregate value of which is equal to and greater than $1,000, to wit, NKRUMAH and TAWIK, without authorization, used the credit cards of two other people to make in excess of $10,000 in



payments toward the purchase of goods worth approximately $36,000.

(Title 18, United States Code, Sections 1029(a)(5) & 2.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

WILLIAM NKRUMAH,
a/k/a "Rasheed",
a/k/a "John Graham",
ADAM TAWIK

Defendant.

### INDICTMENT

S1 07 Cr. 137 (SAS)

(18 U.S.C. § 1029(a)(5) & 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

5/25/07 Superseding Indictment filed. A/W issued for Adam Tawik.
(SH)
5/25/07 Case assigned to Judge

Fox, J.