**BRUCE MCINTYRE, ESQ.**
401 BROADWAY - SUITE 1503
NEW YORK, NY 10013
(212) 219-3100
FAX: 219-3701

October 9, 2007

<u>BY MAIL AND ECF</u>

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10005

Re: <u>U.S. v. Adam Tawik</u>
07 Cr. 137 (SAS)

Dear Judge Scheindlin:

    This is submitted to extend the time to submit the defendant's motion pursuant to Rule 29, from October 9, 2007, to October 22, 2007. I have spoken with Assistant United States Attorney Parvin Moyne and obtained the Government's consent to this request.

Respectfully submitted,

_____
Bruce McIntyre

cc: AUSA Parvin Moyne