**BRUCE MCINTYRE, ESQ.**
401 BROADWAY - SUITE 1503
NEW YORK, NY 10013
(212) 219-3100
FAX: 219-3701

December 7, 2007

BY FAX

Hon. Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/10/07
```

Re: United States v. Adam Tawik
    07 Cr. 137 (SAS)

Dear Judge Scheindlin:

    This letter is submitted to request an adjournment of the sentencing in the above-referenced case from December 18, 2007, to any afternoon after January 8th.

    I received the Presentence report within the last week. Mr. Tawik has not had sufficient opportunity to review it and discuss his comments with me. Under these circumstances, we would be hard pressed to submit a sentencing memorandum by December 11th.

    I am informed by Assistant United States Attorney Parvin Moyne that the Government has no objection to an adjournment. To accommodate vacation and trial commitments, I am requesting that the sentencing be adjourned to any afternoon after January 8th.

*[Handwritten: Request granted. Sentence adjourned to January 15 at 4 p.m.]*

Respectfully submitted,

BRUCE McINTYRE
Attorney for Adam Tawik

cc: Parvin Moyne, Esq.
    Assistant United States Attorney

*[Handwritten: So Ordered. (signature) USDJ 12/10/07]*