Local Criminal Notice of Appeal Form.

NOTICE OF APPEAL
United States District Court

Southern District of New York

United States of America

Adam Tawik

Docket No.: 07 CR 137 (SAS)

Hon. Shira A. Scheindlin
(District Court Judge)

Notice is hereby given that Adam Tawik appeals to the United States Court of Appeals for the Second Circuit from the judgment [XX], other [ ] _____ (specify)

entered in this action on 01/22/08 (date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Conviction and Sentence [✓]

Date January 31, 2008

TO AUSA Parvin Moyne
U.S. Attorney's Office
One St. Andrew's Plaza
New York, NY 10005

Bruce McIntyre
(Counsel for Appellant)

Address 401 Broadway, Suite 1503

New York, NY 10013

Telephone Number: 212-219-3100

ADD ADDITIONAL PAGE (IF NECESSARY)

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER | ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[ ] Prepare proceedings _____<br>[ ] Trial _____<br>[✓] Sentencing 01/18/08<br>[ ] Post-trial proceedings _____ | Dates |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)).
Method of payment    [ ] Funds [ ]    CJA Form 24 [✓]

ATTORNEY'S SIGNATURE  Bruce McIntyre    DATE January 31, 2008

▶ COURT REPORTER ACKNOWLEDGMENT    To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | | Estimated number of pages |
|---|---|---|---|
| | Date _____ | Signature _____<br>(Court Reporter) | |

DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney.

4. U.S. Court of Appeals
5. Court Reporter (District Court)

USCA-2
FORM A REV. 8-05